**STATE ex HUBBELL v BETTMAN, ATTY GEN'L**

Ohio Supreme Court

No. 22850.   Decided June 3, 1931

. Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.  Allen, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**

**NATIONAL GUARANTEE & FINANCE CO v PFAFF MOTOR CAR CO**

Ohio Supreme Court

No. 22734.   Decided June 3, 1931

Jones, Matthias, Day, Allen and Robinson, JJ, concur.  Kinkade, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**